UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

FILED
United States Court of Appeals
Tenth Circuit

May 2, 2025

Christopher M. Wolpert
Clerk of Court

---

ADHEALTH, LIMITED,

    Plaintiff - Appellee,

v.

PORTERCARE ADVENTIST HEALTH SYSTEMS, a Colorado corporation d/b/a Centura Health-Porter Adventist Hospital,

    Defendant - Appellant.

No. 24-1273
(D.C. No. 1:22-CV-01147-CMA-MDB)
(D. Colo.)

---

## JUDGMENT

---

Before **PHILLIPS**, **ROSSMAN**, and **FEDERICO**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk